# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0042. DION A. ANDREWS v. THE STATE.**

A jury convicted Dion Andrews of armed robbery and kidnapping in 1999. In 2004, his convictions were affirmed on direct appeal in an unpublished opinion. *Andrews v. State*, Case No. A04A1096 (decided June 8, 2004). Andrews subsequently filed numerous motions in the trial court, most recently an extraordinary motion for new trial based on newly discovered evidence. In this motion, Andrews argued that his kidnapping charge was void in light of *Garza v. State*, 284 Ga. 696 (670 SE2d 73) (2008), which established a new test for analyzing the element of asportation. However, a thorough review of the application and our unpublished 2004 opinion affirming Andrews' conviction clearly show that applying the *Garza* test in this case would not result in reversal of Andrews' conviction because Andrews' movement of the victim was sufficient to satisfy the new asportation element for the kidnapping offense. Because Andrews has failed to sustain his burden of showing either the existence of reversible error or the desirability of establishing precedent as required by Court of Appeals Rule 30 (a), his application for discretionary review is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/15/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*